**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
  Judge

April 8, 2011

MEMORANDUM

TO:        Greg Langham, Clerk

FROM:    Judge Babcock               s/LTB

RE:        Criminal Action No. 11-cr-00140-LTB
             USA v. Vazquez, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp