**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: October 14, 2011 |
| Court Reporter: | Paul Zuckerman | |
| Interpreters: | Melinda Gonzales-Hibner | |
| | Susanna Cahill | |

Criminal Action No. 11-cr-00140-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Susan Knox |
| | Barbara Skalla |
| Plaintiff, | |
| v. | |
| 1.  LUCIO VAZQUEZ, (interp) | Robert Berger |
| 2.  SAMUEL RETANO-GRADILLA, (Interp) | Robert Driscoll |
| a/k/a "Tejon", | Kirkland Brush |
| a/k/a Tejas", | |
| 3.  JAMIE UPCHURCH, | Michael Dowling |
| 4.  JULIO GARCIA-ALVARADO, (Interp) | Thomas Ward |
| 6.  PEDRO GUILLEN-ORTIZ, | |
| 7.  CARLOS FRANCISCO FELIX-HERNANDEZ, (Interp) | Harvey Steinberg |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:   Motions

**2:09 p.m.   Court in session.**

Defendants 1, 2, 3, 4 and 7 are present in custody; and defendant 6 is a fugitive at this time.

Interpreters sworn.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses  Defendant Upchurch's Motion for Disclosure of Rule 404(b) Evidence **(Doc. #118)** is **GRANTED**.  The Government will produce the requested information 60 days before trial.

The Court addresses Defendant Upchurch's Motion for Jencks Act Materials **(Doc. #119)**

**ORDER:**   Defendant Upchurch's Motion for Jencks Act Materials **(Doc. #119)** is **GRANTED**.  The Government will produce the requested information 30 days before trial.

The Court addresses  Defendant Upchurch's Motion for Disclosure of Confidential Informant **(Doc. #120)**

**ORDER:**   Defendant Upchurch's Motion for Disclosure of Confidential Informant **(Doc. #120)** is **GRANTED** consistent with the agreement of the parties reflected in the record.

The Court addresses Defendant Felix-Hernandez's Motion for Discovery **(Doc. #132)**

**ORDER:**   Defendant Felix-Hernandez's Motion for Discovery **(Doc. #132)** is **GRANTED.**  The Government will supply the requested information 60 days before trial.  Defendant will file it's motion to suppress on the wiretaps by **November 14, 2011.**

The Court addresses Defendant Felix-Hernandez's Motion for Disclosure of Experts **(Doc. #133)**.

**ORDER:**   Defendant Felix-Hernandez's Motion for Disclosure of Experts **(Doc. #133)** is **DENIED as moot.**

The Court addresses Defendant Felix-Hernandez's Motion to Preserve Notes **(Doc. #134)**

**ORDER:**    Defendant Felix-Hernandez's Motion to Preserve Notes **(Doc. #134)** is **GRANTED** in accordance with the Government's response.

The Court addresses Defendant Felix-Hernandez's Motion for Disclosure of Rule 807 Evidence **(Doc. # 135)**

**ORDER:**   Defendant Felix-Hernandez's Motion for Disclosure of Rule 807 Evidence **(Doc. # 135)** is **GRANTED** in accordance with the Government's response.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

The Court addresses Defendant Felix-Hernandez's Motion for Rule 404(b) Evidence **(Doc. #136)**

**ORDER:**  Defendant Felix-Hernandez's Motion for Rule 404(b) Evidence **(Doc. #136)** is **GRANTED** in accordance with the Government's response.

The Court addresses Defendant Felix-Hernandez's Motion for Disclosure of Confidential Informant **(Doc. #137)**.

**ORDER:**   Defendant Felix-Hernandez's Motion for Disclosure of Confidential Informant **(Doc. #137)** is **GRANTED** in accordance with the Government's response.

The Court addresses Defendant Felix-Hernandez's Motion for Disclosure of *Brady* Material **(Doc. #138).**

**ORDER:**  Defendant Felix-Hernandez's Motion for Disclosure of *Brady* Material **(Doc. #138)** is **GRANTED** in accordance with the Government's response.

The Court addresses  Defendant Felix-Hernandez's Motion for Disclosure of Promises of Lenity **(Doc. # 139)**

**ORDER:**  Defendant Felix-Hernandez's Motion for Disclosure of Promises of Lenity **(Doc. # 139)** is  **GRANTED in part and DENIED in part.**   The Court directs that any change of plea hearing that has not occurred  within 30 days prior to the trial date in this case for those  agreements that have been reached the proposed plea agreement will be transmitted to counsel Steinberg.

The Court addresses  Defendant Upchurch's Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements **(Doc. #125**)

**ORDER:**  Defendant Upchurch's Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements **(Doc. #125**) is **GRANTED.**  The Government will submit its proffer to opposing counsel by **November 18, 2011;** defendant will provide its objections to the Government and file the proffer with the Court by **December 2, 2011.**

The Court addresses the Government's Unopposed Motion for Extension of Time to File Response **(Doc. #172)**

Argument.

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

**ORDER:** The Government's Unopposed Motion for Extension of Time to File Response **(Doc. #172)** is **GRANTED.** Government's response to defendant Vazquez's Motion to Suppress Intercepted Communications **(Doc. #155)** will be filed by **October 24, 2011.**

The Court addresses Defendant Vazquez's Motion to Suppress Intercepted Communications **(Doc. #155)**

Argument and oral motion to supplement the current Motion to Suppress at Doc. #155.

**ORDER:** Defendant Vazquez's oral motion to amend Motion at Doc. #155 is **GRANTED.** The motion will be supplemented/amended by **October 21, 2011.** The Government will file its response by **October 31, 2011.**

The Court addresses Defendant Upchurch's Motion to Suppress Fruits of Illegal Search **(Doc. #116)**; Defendant Felix-Hernandez's Motion to Suppress Fruits of Illegal Search **(Doc. #114);** and  Defendant Retano-Gradilla's Motion to Suppress Arrest-Day Statements **(Doc. #110)**

Statements from counsel as to time needed for the hearing.

**ORDER:** Suppression hearing on all three motions (**Doc. #116; 114; 110**) will be set. Counsel will jointly contact chambers by **October 21, 2011** to schedule a one (1) day suppression hearing on all three motions.

The Court addresses Defendant Upchurch's Motion to Sever **(Doc. #131)**

The Court defers ruling on this motion until the case is closer to trial.

The Court addresses  Defendant Vazquez's Motion for Extension of Time to File Motions (**Doc. #115**) and Defendant Garcia-Alvarado's Motion for Extension of Time to File Motions **(Doc. #117).**

**ORDER:** Defendant Vazquez's Motion for Extension of Time to File Motions (**Doc. #115**) and Defendant Garcia-Alvarado's Motion for Extension of Time to File Motions **(Doc. #117)** are **DENIED as moot.**

The hearing is concluded with regard to all defendants except Upchurch.

**3:01 p.m.** **Court in recess**
**3:08 p.m.** **Court in session**

Courtroom Minutes
Judge Marcia S. Krieger
Page 5

**ORDER:** All defendants except Upchurch as remanded at this time.

Hearing resumes as to matters regarding defendant Upchurch**.** The Government and defendant Upchurch are present. **The proceedings are closed** pursuant to the Government's request.

The Court addresses Doc. # 156**.**

Argument. Defendant has no objection.

**ORDER:** Doc. # 156 is **GRANTED**.

End of closed portion of the proceedings.

The Government is excused from the hearing at this time.

The Court addresses defendant's Defendant Upchurch's *Ex Parte* Motion **(Doc. #100)**

Counsel will review the matter with the Court's CJA administrative staff.

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**3:22 p.m.** **Court in recess.**

**Total Time:   1 hour 6  minutes.**
**Hearing concluded.**